

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 15, 2014

Javier G. Espinoza
503 E. Ramsey suite 103
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

William David Farmer
411 Heimer Rd
San Antonio, TX 78232-5106
* DELIVERED VIA E-MAIL *

Steven Sachs
503 E Ramsey Ste 103
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Chad Schreiber
411 Heimer Rd
San Antonio, TX 78232
* DELIVERED VIA E-MAIL *

Christopher C. Peterson
101 West Hillside Road, Suite 1
Laredo, TX 78041

Ina Marie Minjarez
503 E. Ramsey, Suite 103
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Carlos R. Soltero
600 Congress Ave., Ste 2100
Austin, TX 78701

Robert Moran
101 West Hillside, Suite 1
Laredo, TX 78041

RE:    Court of Appeals Number:    04-14-00038-CV
        Trial Court Case Number:    12-11-27955-MCVAJA
        Style:  In re Hallmark County Mutual Insurance Company

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 53857

cc: Honorable David A. Berchelmann, Jr.
Irene Rodriguez (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-14-00038-CV

**IN RE HALLMARK COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

On January 15, 2014, relator Hallmark County Mutual Insurance Company filed a petition for writ of mandamus and an emergency motion for temporary relief. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 15, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15Th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-11-27955-MCVAHA, styled *Amado Abascal, III and Rodolfo Flores Galvan and G&M Logistics Corp.* pending in the 365th Judicial District Court, Maverick County, Texas, and Cause No. 13-06-28584-MCV, styled *Hallmark County Mutual Insurance Company v. G&M Logistics Corporation* pending in the 293rd Judicial District Court, Maverick County, Texas. The Honorable David Berchelmann, Jr. signed the order consolidating the two causes which is the subject of this original proceeding.